ACCEPTED
03-14-00468-CR
6471902
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 4:44:17 PM
JEFFREY D. KYLE
CLERK

**HSR**

W. RANDY HARRELL
ERIC STOEBNER
MIKE RUSSELL
JUSTIN SMITH
BRITTANY DARBY
TAD ALLEN

HARRELL, STOEBNER & RUSSELL, P.C.
*Attorneys at Law*

2106 Bird Creek Drive
Temple, Texas 76502
Phone 254-771-1855
Fax 254-771-2082
www.templelawoffice.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 4:44:17 PM
JEFFREY D. KYLE
Clerk

August 12, 2015

Third Court of Appeals
c/o Jeffrey Kyle, Clerk of Court
PO Box 12547
Austin, Texas 78711

Re: Rule 48.4 Letter for *Mitchell Hollis Wright v. State*; Cause Nos. 03-14-00468-CR and 03-14-00469-CR

Dear Mr. Kyle:

I sent Mr. Wright copies of the Court's opinion and judgments by certified mail, return receipt requested, and informed him of his *pro se* right to file a petition for discretionary review, as required by Rule 48.4 and within the time prescribed by that rule. The green card has not been returned; however, enclosed is a copy of the green card receipt showing the date of mailing.

Please let me know if you have any questions.

Best,

/s/ Justin Bradford Smith
Justin Bradford Smith

Enclosure
Cc: W.W. Torrey (via email: daoffice@milamcounty.net)

7014 2870 0000 5062 3843

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $7.84 |

Postmark Here 7/28/15

Sent To *Mitchell Wright*

Street & Apt. No., or PO Box No. *979 C.R. 140*

City, State, ZIP+4 *Cameron, TX 76520*

PS Form 3800, July 2014

See Reverse for Instructions